# United States Bankruptcy Court

Eastern District Of New York
75 Clinton Street
Brooklyn, NY 11201

---

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name: Neil Sebastiano**

**Case Number: 1–04–17182–jf**          **Date Filed: May 13, 2004**

The above case was filed electronically, and is accessible via the Court's Internet site at http://www.nyeb.uscourts.gov. In compliance with Federal Rule of Civil Procedure 11 and the court's General Order on Electronic Filing Procedures ("General Order #473"), the attorney's initials, the last four digits of the attorney's social security number and the password assigned to the attorney by the court shall constitute the attorney's signature on any document filed electronically. Security of a password issued to an attorney is the attorney's responsibility. An original signed copy of all filings shall be maintained in the attorney's file in accordance with the General Order #473.

All parties with legal representation must file documents by one of the following methods:

1. **INTERNET (Preferred Method):** The requirements for filing, viewing and retrieving case documents over the Internet are: A personal computer running a standard Windows platform (Windows 98/Me/NT/2000/XP); an Internet provider using Point to Point Protocol (PPP) for dial–up service, or offering DSL or cable service; Netscape Navigator software version 4.7x or higher or Microsoft Internet Explorer version 5.5 or higher; and software to convert documents from a word processing format (e.g., Corel WordPerfect or Microsoft Word) to portable document format (PDF). (If the word processing software you use does not contain a built–in conversion utility, you will need Adobe Acrobat, version 4.01 or higher, to perform the conversion.) The URL address is www.nyeb.uscourts.gov. A password is needed to file documents into this system. Please contact the Court to obtain a password. In addition, a Pacer login is needed to view or print documents from this system. A Pacer login can be obtained by calling the Pacer Service Center at 1–800–676–6856 or by visiting their website at http://pacer.psc.uscourts.gov.

2. **DISKETTE, PDF FORMAT:** If you are not equipped or have not registered to file over the Internet, you must submit your documents on a diskette, in PDF format. Adobe Acrobat software will provide you with the ability to create documents in PDF format; additionally, word processing programs such as Corel WordPerfect and Microsoft Word include a built–in conversion utility. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of the document, and the file name on the diskette.

**Important Note: All proofs of claim are to be filed in paper form.**

**Adversary Proceedings filed relative to cases assigned to the ECF system will also be assigned to the system. Documents filed in such proceedings MUST comply with the foregoing electronic filing requirements.**

**Parties without legal representation may file documents in paper form, in accordance with procedures set forth in the court's Local Rules.**

**The debtor is responsible for serving a copy of the petition on certain parties. Names and addresses of parties to be served will be found on the reverse of this notice.**

Dated: May 17, 2004

                                      For the Court, Joseph P. Hurley, Clerk of Court

**Service of Petition**

In ALL cases, a copy of the petition must be served on the United States Trustee, as follows:

**BROOKLYN CASES:**
Office of the United States Trustee
33 Whitehall Street, 22nd Floor
New York, New York 10004

**CENTRAL ISLIP CASES:**
Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722

In Chapter 11 cases ONLY, a copy of the petition must be served on the following parties:

Internal Revenue Service
10 Metro Tech Center
625 Fulton Street
Brooklyn, New York 11201

Securities & Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway
New York, New York 10279

In Chapter 7, Chapter 12 and Chapter 13 cases, a copy of the petition must be served on the trustee appointed in the case. Refer to the Notice of Meeting of Creditors accompanying this notice for the name and mailing address of the trustee.

**BLnef** [Notice of Electronic Filing rev. 02/23/04]

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0207-1          User: atennerie           Page 1 of 1              Date Rcvd: May 17, 2004
Case: 04-17182                Form ID: 245              Total Served: 15


The following entities were served by first class mail on May 19, 2004.
db         +Neil Sebastiano,    8405 Bay Parkway, Apt. C5,    Brooklyn, NY 11214-3347
aty         Donna Vlahakis,    Hanna & Vlahakis,    7504 Fifth Avenue,    Brooklyn, NY  11209-3302
tr         +David J Doyaga,    16 Court Street, Ste. 2300,    Brooklyn, NY 11241-1023
smg        +Deirdre A. Martini,    Office of the United States Trustee,    33 Whitehall Street - 22nd Floor,
             New York, NY 10004-2112
smg        +NYC Department of Finance,    345 Adams Street,    10th Floor, South Side,    Brooklyn, NY 11201-3719
smg        +NYS Department of Taxation & Finance,    Bankruptcy Section,    P.O. Box 5300,    Albany, NY 12205-0300
smg        +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,    Albany, NY 12240-0001
4346179    +American Musical Supply,    PO Box 152,    Spicer MN 56288-0152
4346180     Best Buy Inc,    Household Retail Services,    PO Box 15521,    Wilmington DE  19850-5521
4346181    +Household Bank,    PO Box 19360,    Portland OR 97280-0360
4346182    +Louis J Mauriello,    One Edgewater Plaza Suite 700,    Staten Island NY 10305-4900
4346184     MBNA America,    PO Box 15026,    Wilmington De  19850-5026
4346183    +MT Credit Corp,    One Fountain Plaza 3rd Fl,    POB Box 4005,    Buffalo NY 14203-1420
4346185    +Municipal Credit Union,    P.O. Box 3205,    New,    York NY 14592
4346186    +Perian Lopez co Louis Maurello,    One Edgewater Plaza Suite 700,    Staten Island NY 10305-4900

The following entities were served by electronic transmission on May 17, 2004 and receipt of the transmission
was confirmed on:
smg        +E-mail: bankruptcynotices@tax.state.ny.us May 17 2004 23:56:00
             NYS Department of Taxation & Finance,    Bankruptcy Section,    P.O. Box 5300,
             Albany, NY 12205-0300
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 19, 2004**                                       **Signature:**    _Joseph Speetjens_